**ORDERED.**

# TIFFANY & BOSCO
### ———— P.A. ————

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

**Dated: March 31, 2011**

_Eileen W. Hollowell_
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-05632

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Antonio Sandoval and Lilia Sandoval<br>　　　　　Debtors.<br>—————————————————————<br>Wells Fargo Bank, N.A.<br>　　　　　Movant,<br>　　　vs.<br><br>Antonio Sandoval and Lilia Sandoval, Debtors,<br>Lawrence J. Warfield, Trustee.<br><br>　　　　　Respondents. | No. 0:09-BK-23082-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #42) |

　　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

> THE SOUTH 50 FEET OF THE NORTH 50 FEET OF THE WEST HALF OF BLOCK 72, CITY OF YUMA, ACCORDING TO THE WHITE'S OFFICIAL SERVEY FILED APRIL 4, 1984, IN THE OFFICE OF THE COUNTY RECORDER, YUMA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.